68 So.2d 921

## Pauline BUTLER
### v.
## E. L. HEATHERLY et al.
6 Div. 576.

Supreme Court of Alabama.

Aug. 6, 1953.

PER CURIAM.

Appeal dismissed.

68 So.2d 921

## V. R. CRANFORD
### v.
## Wilson W. WEATHERS.
6 Div. 444.

Supreme Court of Alabama.

April 21, 1953.

PER CURIAM.

Appeal dismissed.

68 So.2d 921

## V. W. COOK   v.   M. V. JONES.
6 Div. 497.

Supreme Court of Alabama.

June 4, 1953.

PER CURIAM.

Appeal dismissed.

68 So.2d 921

## T. T. DOBSON et al.   v.   J. H. DEASON.
6 Div. 504.

Supreme Court of Alabama.

June 4, 1953.

PER CURIAM.

Appeal dismissed.